UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| Arkansas Transit Homes, Inc., Olivia Lee, and Mary Louise Fowler, et al., <br><br> Plaintiffs, <br><br> v. <br><br> Jui Li Enterprise Company Ltd., et al., <br><br> Defendants. | Master Case No: 2:09-cv-00852-LA <br><br> Case No. 2:11-cv-00162-LA |

## STIPULATION OF VOLUNTARY DISMISSAL

According to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the parties stipulate to Olivia Lee's dismissal of her claims with prejudice against Defendants. Each side to bear their own costs.

DATED: December 1, 2014

Respectfully submitted,

*/s/*Derek G. Howard
Derek G. Howard
**MINAMI TAMAKI LLP**
360 Post Street, 8th Floor
San Francisco, CA 94108
(415) 788-9000
dhoward@minamitamaki.com

*Counsel for Olivia Lee and*
*Interim Co-Lead Class Counsel for the putative*
*Indirect Purchaser Class*

*/s/*Gretchen Jankowski
Gretchen Jankowski
BUCHANAN INGERSOLL & ROONEY, P.C.
One Oxford Centre

301 Grant Street, 20th Floor
Pittsburgh, PA 15219-1401
(412) 562-8800
Gretchen.jankowsli@bipc.com

*Attorney for Defendants Auto Parts Industrial, Ltd. and Cornerstone Auto Parts, LLC*


/s/Joanna Rosen
Joanna Rosen
LATHAM & WATKINS LLP
505 Montgomery Street
Suite 2000
San Francisco, CA 94111-6538
(415) 646-8369
Joanna.rosen@lw.com

*Attorney for Defendants Gordon Auto Body Parts; Tong Yang Industry Co., Ltd.; Taiwan Kai Yih Industrial Co., Ltd.; TYG Products, L.P.; and Jui Li Enterprise Co., Ltd.*

## CERTIFICATE OF SERVICE

  I hereby certify that on December 1, 2014 I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered as counsel of record in this action.

DATED: December 1, 2014      Respectfully submitted,

               */s/*Derek G. Howard
               Derek G. Howard
               **MINAMI TAMAKI LLP**
               360 Post Street, 8th Floor
               San Francisco, CA 94108
               (415) 788-9000
               dhoward@minamitamaki.com